AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |
| --- | --- | --- |

Deja Barbour, Shinnel Gonzalez, and Rakayyah
Massey

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

The City of White Plains, et. al.

**07 CV 3014**

TO: (Name and address of defendant)

JUDGE ROBINSON

The City of White Plains
255 Main Street
White Plains, NY 10601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RECEIVED
MAY - 1 2007
THE CITY OF WHITE PLAINS
DEPARTMENT OF LAW
1:55

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

**J. MICHAEL McMAHON**

APR 1 6 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____
_____

☐  Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                Date                                        Signature of Server


                                  _____
                                    Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

DEJA BARBOUR, SHINNEL GONZALEZ, and          Index No. :  07 CV 3014
RAKAYYAH MASSEY

                                             **AFFIDAVIT OF SERVICE**

                    Plaintiffs,

          -against-

THE CITY OF WHITE PLAINS, et al.

                    Defendants.

State of New York      )
                       ) ss.:
County of New York  )

     Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this

action, is over the age of eighteen years, is an independent process server (New York state

license number 1024905), and resides in the State of New Jersey:

    (1)    That on the 1st day of May 2007 at 1:55 p.m., deponent served a Summons and

Complaint in the above-captioned matter upon The City of White Plains, Department of Law,

255 Main St., Room 204, 2nd floor, White Plains, NY 10601.  The documents were accepted and

stamped by Mr. Henneberoy, attorney for the City of White Plains Department of Law.  Mr.

Henneberoy was white, approximately 70 years old, 200 pounds, 5'7" tall, with white hair and

glasses.

                                          _____
                                          Luis R. Ayala
                                          158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 21st day of May 2007

_____

Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified In New York County
Commission Expires January 18, 2009

                                          1