UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEJA BARBOUR, SHINNEL GONZALEZ, and RAKAYYAH MASSEY,

       Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

       Defendants.

---

Index No. : 07 CV 3014

**AFFIDAVIT OF SERVICE**

State of New York )
      ) ss.:
County of New York )

  Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (New York state license number 1024905), and resides in the State of New Jersey:

  (1) That on the 6th day of June 2007 at 4:10 p.m., deponent served a Summons and Complaint in the above-captioned matter upon Mark Burnett, Anthony Carra, Kevin Christopher, Antonio Nolletti, Anthony Farrelly, John Heffner, Lavalle Larrier, and Gilbert Lopez, at their place of employment, City of White Plains Police Headquarters, 77 South Lexington Ave., basement, White Plains, NY 10601. All eight sets of documents were accepted by a white female officer, approximately 25-30 years old, approximately 5'7" tall, 150 pounds, with short black hair and pregnant and dressed in civilian clothes. There was a white male sergeant (badge #14), approximately 45 years old, 5'8" tall, 190 pounds with glasses and balding brown hair who witnessed the service.

  (2) That on the 21st day of June 2007, deponent mailed true copies of the Summons

1

and Complaint in separate envelopes to defendants Mark Burnett, Anthony Carra, Kevin Christopher, Antonio Nolletti, Anthony Farrelly, John Heffner, Lavalle Larrier, and Gilbert Lopez to the same address where they were served. The envelopes were marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the individuals. The envelopes were placed in a U.S. mailbox at the post office located at 6th Ave. and 23rd Street, New York, NY 10011.

Luis R. Ayala
158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 21st day of June 2007

Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

Deja Barbour, Shinnel Gonzalez, and Rakayyah Massey

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

The City of White Plains, et. al.

**07 CV 3014**

TO: (Name and address of defendant)

Mark Burnett
City of White Plains Police Headquarters
77 South Lexington Avenue
White Plains, NY 10601

JUDGE ROBINSON

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE: APR 1 6 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                                                                     Signature of Server

                                                                                       _____
                                                                                       Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

Deja Barbour, Shinnel Gonzalez, and Rakayyah Massey

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

The City of White Plains, et. al.

**07 CV 3014**

JUDGE ROBINSON

TO: (Name and address of defendant)

Anthony Carra
City of White Plains Police Headquarters
77 South Lexington Avenue
White Plains, NY 10601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE: APR 1 6 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                 Date                                          Signature of Server

                                                              _____
                                                              Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

Deja Barbour, Shinnel Gonzalez, and Rakayyah Massey

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

The City of White Plains, et. al.

**07 CV 3014**

**JUDGE ROBINSON**

TO: (Name and address of defendant)

Kevin Christopher
City of White Plains Police Headquarters
77 South Lexington Avenue
White Plains, NY 10601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE: APR 1 6 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                                Signature of Server

                                            _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

Deja Barbour, Shinnel Gonzalez, and Rakayyah Massey

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

The City of White Plains, et. al.

**07 CV 3014**

TO: (Name and address of defendant)

Antonio Nolletti
City of White Plains Police Headquarters
77 South Lexington Avenue
White Plains, NY 10601

JUDGE ROBINSON

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

APR 1 6 2007

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                                                              Signature of Server

                                                                    _____
                                                                    Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Deja Barbour, Shinnel Gonzalez, and Rakayyah Massey

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

The City of White Plains, et. al.

**07 CV 3014**

TO: (Name and address of defendant)

Anthony Farrelly
City of White Plains Police Headquarters
77 South Lexington Avenue
White Plains, NY 10601

JUDGE ROBINSON

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE: APR 1 6 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify):* _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                          Date                                                    Signature of Server

                                                                                      _____
                                                                                      Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

Deja Barbour, Shinnel Gonzalez, and Rakayyah Massey

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

The City of White Plains, et. al.

**07 CV 3014**

TO: (Name and address of defendant)

John Heffner
City of White Plains Police Headquarters
77 South Lexington Avenue
White Plains, NY 10601

JUDGE ROBINSON

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE  APR 1 6 2007

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date                              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

Deja Barbour, Shinnel Gonzalez, and Rakayyah Massey

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

The City of White Plains, et. al.

# 07 CV 3014

TO: (Name and address of defendant)

Lavalle Larrier
City of White Plains Police Headquarters
77 South Lexington Avenue
White Plains, NY 10601

JUDGE ROBINSON

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE APR 1 6 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐　Served personally upon the defendant. Place where served: _____
_____

☐　Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐　Returned unexecuted: _____
_____
_____
_____

☐　Other (specify): _____
_____
_____

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| **DECLARATION OF SERVER** |
|---|

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　Date　　　　　　　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

(1)　　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

Deja Barbour, Shinnel Gonzalez, and Rakayyah Massey

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

The City of White Plains, et. al.

**07 CV 3014**

JUDGE ROBINSON

TO: (Name and address of defendant)

Gilbert Lopez
City of White Plains Police Headquarters
77 South Lexington Avenue
White Plains, NY 10601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE  APR 1 6 2007

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
　　　　　　　　　Date                                                    Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.