THE LAW OFFICES OF
# MICHAEL L. SPIEGEL
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
TEL:(212)587-8558    FAX:(212)571-7767

February 4, 2008

MEMO ENDORSED

Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

    Re:   Barbour, et al. v. City of White Plains, et al.
           07 Civ. 3014 (KMK)(MDF)

Dear Judge Karas:

    I am counsel for plaintiffs, and I write on behalf of all parties to request an extension of the deadline for fact discovery in the above-referenced matter to April 19, 2008. There has been no previous application for an extension. This is a § 1983 civil rights action alleging false arrest and malicious prosecution.

    The case was originally assigned to Judge Robinson, and the parties appeared before His Honor for a conference on June 14, 2007; a discovery schedule was entered setting a February 15, 2008, deadline for completion. Some discovery has taken place: the parties have served discovery requests, plaintiffs have responded, and defendants have agreed to respond by March 3, 2008. Depositions have been scheduled for dates-certain on March 10-12 and 17-18. The parties expect there will be some further discovery necessary after the scheduled depositions have been completed.

    For the foregoing reasons, the parties jointly request an extension of the fact discovery deadline in this case to April 19, 2008.

                                Respectfully submitted,

                                Michael L. Spiegel

MLS:ms

cc: Joseph Maria, Esq.

*Granted, but there will be no more extensions absent unforeseen circumstances.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
2/7/08