THE LAW OFFICES OF
# MICHAEL L. SPIEGEL
**111 BROADWAY, SUITE 1305**
**NEW YORK, NEW YORK 10006**
TEL:(212)587-8558    FAX:(212)571-7767

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____         │
│ DATE FILED: _____         │
└─────────────────────────────────┘
```

April 18, 2008

**BY FAX TO (914)390-4152**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

# MEMO ENDORSED

Re:    Barbour, et al. v. City of White Plains, et al.
       07 Civ. 3014 (KMK)(MDF)

Dear Judge Karas:

I am counsel for plaintiffs in the above-referenced action, and I write on behalf of all parties to request an extension of the deadline for fact discovery in the above-referenced matter to July 11, 2008. (Permission to fax this letter was given by Your Honor's Courtroom Deputy Clerk, "Dawn.") The current deadline is April 19, 2008 and there has been one previous application for an extension, which was granted. This is a § 1983 civil rights action alleging false arrest and malicious prosecution.

Significant discovery has taken place; the parties have completed the depositions of the three plaintiffs and six defendants; two more police officer depositions are being scheduled. The parties have exchanged initial document discovery, and we expect there will be some further document discovery necessary after the scheduled depositions have been completed and the transcripts reviewed.

For the foregoing reasons, the parties jointly request an extension of the fact discovery deadline in this case to July 11, 2008.

Respectfully submitted,

*[signature]*

Michael L. Spiegel

MLS:ms

cc: Joseph A. Maria, PC (by fax)

*The Court will hold a conference on April 30, 2008 at 2pm.*

SO ORDERED

*[signature]*
KENNETH M. KARAS U.S.D.J.
4/21/08