THE LAW OFFICES OF
# MICHAEL L. SPIEGEL
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
TEL:(212)587-8558    FAX:(212)571-7767

April 25, 2008

**MEMO ENDORSED**

<u>BY FAX TO (914)390-4152</u>
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re:   <u>Barbour, et al. v. City of White Plains, et al.</u>
           07 Civ. 3014 (KMK)(MDF)

Dear Judge Karas:

    I am counsel for plaintiffs in the above-referenced action. I write to request that Your Honor re-schedule the conference now scheduled for 2:00 p.m. on April 30, 2008 in this matter. (Permission to fax this letter was given by Alicia.) I have left messages for, but have been unable to speak with, defendants' counsel, Frances Marinelli, Esq., of Joseph Maria, PC, concerning this request.

    I must be available for a court-ordered deposition in another pending matter (<u>Domby & Branca v. ADF Fifth Operating Corp., et al.</u>, 06 Civ. 3272 (DAB)) on April 30, 2008.

                                                    Respectfully submitted,

                                                    Michael L. Spiegel

MLS:ms

cc:   Frances Marinelli, Esq. (by fax)
       Joseph A. Maria, PC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*[Handwritten: Conference is adjourned until May 20, 2008, at 12:00]*

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
4/28/08