UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
DEJA BARBOUR, SHINNEL GONZALES, and           **No. 06 CV.3014(KMK)**
RAKAYYAH MASSEY,

                Plaintiffs,           **ECF CASE**

   -against-                                **DEFENDANTS' INITIAL**
                                                 **DISCLOSURES PURSUANT**
THE CITY OF WHITE PLAINS, MARK                **TO FED.R.CIV.P.26(a)(1)**
BURNETT, ANTHONY CARRA, KEVIN
CHRISTOPHER, ANTHONY FARRELLY,
JOHN HEFFNER, LAVALLE LARRIER,
GILBERT LOPEZ, ANTONIO NOLLETTI,
and JOHN and JANE DOES,

                Defendants.
----------------------------------x

     Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendants, THE CITY OF WHITE PLAINS, MARK BURNETT, ANTHONY CARRA, KEVIN CHRISTOPHER, ANTHONY FARRELLY, JOHN HEFFNER, LAVALLE LARRIER, GILBERT LOPEZ, ANTONIO NOLLETTI, by their counsel, JOSEPH A. MARIA, P.C. hereby sets forth their Initial Disclosure as follows:

     A.   The name and if known, the address and telephone number of each individual likely to have discoverable information that the disclaiming party may use to support its claims or defenses unless solely for impeachment, identifying the subjects of the information:

        1.   The Parties to this Action.

        2.   Grace Jones.

3. Other witnesses may become necessary and identifiable as discovery continues, and Defendant reserves the right to supplement this list.

B. A copy of, or a description by category and location of, all documents, data, computations, and tangible things in the possession; custody, or control of the party and that the disclosing party may use to support its claim or defenses, unless solely for impeachment:

1. Defendants' police records.

2. Accusatory Instruments/Informations.

Defendant reserves the right to amend this list.

C. Computation of Damages.

Not Applicable.

D. Insurance Agreement.

1. Defendant is 100% self-insured.

Dated:   White Plains, New York
         May 19, 2008

                                    Yours, etc.

                                    JOSEPH A. MARIA, P.C.
                                    By: _____
                                    Frances Dapice Marinelli, Esq.
                                    Attorneys for Defendants
                                    301 Old Tarrytown Road
                                    White Plains, New York 10603
                                    (914) 684-0333
                                    File #: 33-0725

TO: MICHAEL L. SPEIGEL, ESQ.
    Attorney for Plaintiffs
    111 Broadway, Suite 1305
    New York, New York 10006
    (212) 587-8558